IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES A. CREWS,** | : | |
| **Plaintiff,** | : | |
| vs. | : | 5:07-cv-28 (CAR) |
| **ALEXIS CHASE, et al.,** | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 30) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting Defendants' Motion for Summary Judgment (Doc. 22). Although no Objections have been filed within the time allowed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed Defendants' Motion, Judge Hicks' Recommendation, and the relevant evidence in the record. As fully explained by Judge Hicks, there is no evidence before the Court to substantiate Plaintiff's claims of deliberate indifference with respect to his medical treatment. Thus, the Recommendation is **ACCEPTED**, and Defendants' Motion for Summary Judgment (Doc. 22) is **GRANTED**.

**SO ORDERED**, this 25th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh